United States District Court
For the State of Georgia
Valdosta Division

FILED
APR 30 2021
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Keith Henderson 25
no. C-102124
         Plaintiff
              V.

| | Date Feb, 13, 2021 Friday |
| --- | --- |
| Keith Henderson 25 no. C-102124 Plaintiff V. | page 1 OF 3 page original copied case No. File _____ |

et. AL. Judge wade mercer Fourteenth Judicial circuit
Henry mark sims Public Defender Fourteenth Judicial
circuit 4437 Jackson street PO Box 636 Marianna FL. 32447
et. AL. Elisabeth simpson, wade owens state attorney Lauren parrish
et. AL. Jackson county sheriff Dept. Louis, Roberts et, AL, Sgt. C.
moorehead Lt. Jeter FNU Jackson county corr, Facility 2757 Penn
Ave, Marianna FL. 32447 et. AL, superviser Kellie smith sharon
L. Jerrigan Probation/Parole 2863 Green street marianna FL. 3244
6.

et. AL, Sean chamblin adminstrations security maintence supervise
L. Long security, Florida State Hospital chattahochee FL, 32324
Early county superior court Blakely Ga. 39832 et. AL. Judge
Ronnie Joe Lane et. AL. Early county sheriff Dept. Blakely Ga.
39823 William Price sheriff Donald Bryant, Timonthy
Hardrick et. al. Probationer C. Ballkcom.

et. AL. Orange county sheriff Dept, Jimmy Dimmers orlando
FL.   U.S. District court Pensacola Division et. AL. Judges
et. AL. Andy thomas Second Judicial circuit of FL. 301 S. Monr
on St. Ste 401 Tallahassee FL.

et. al. Hon. Ashley moody Kristina sameyals clerk Hon. nich
olas Thomas clerk District Court of Appeal First District 200
O Drayton Drive Tallahassee FL. 32399.
  US District court Denver Division et. AL. Judges
U.S. District Court orlando Division et. AL. Judges
et. AL. Baldwin county superior court milledgeville Ga, et. AL. Judg
ges. U S. District court Tallahasse Div. et. AL. Hon. nicholas thomas
ashley moody. US District S.C. Div, et. AL. US District N.C. Div et. AL. Judges
US District Court Division Bangor maine et. AL. Judge Ann Tosen
U.S. District court albany Div, Judge et. AL. W. Louis sands
U S District court Division Augusta Ga, et. AL, Judges
  US District macon Div. et. AL. Judges US District court ATL, Judge marvin ar
                                                    rington 11th circuit court
U.S. District Brunswick Ga. Div, et. AL. Judges
U S. District minnesota Div. et. AL Judges Ann D. montegomery
U S. District court IDAHO Div. et. AL. Judges
U.S. District court Valdosta Div, et. AL, Judges
US. District court San Fransico Div, et. AL. Judges
US. District court Boston Mn. Div, et. AL. Judges
US. District court Gainesville FL Div, et. AL. Judges
US. District court ST. Louis Div. et. AL. Judges
US. District court Kanas city Div. et. AL. Judges

U.S. District Court S.C. Division et. AL. Judges
U.S. District Court N.C. Division et. AL. Judges
U.S. District court pana ma city Div. et. AL. Judge C. patterson et. AL. Clerk of court.
Johnson state prison wrightsville Ga. et. AL. administration Security L. Butt et. AL. cert officers Dennis FNU et. AL. maintence Superviser warden Jose morales
Georgia state prison Reedsville Ga. et. AL. warden administration security et. AL. Cert officers williams FNU et. AL. maintence superviser.

Wheeler State prison Amos Ga. et. AL. warden Hilton Hall et. AL. admin. security Cert officers. maintence superviser
Valdosta State prison valdosta Ga. et. AL. warden marty allen et. AL. Admin. security orr. FNU et. AL. Cert officers wright FNU, et. AL. maintence superviser et. a L
Hay State prison et. a L. administrations security warden Taylor FN et. AL. Cert officers maintence Superviser et. AL

Baldwin state prison milledgeville Ga. et. AL. warden Shella oubrue et. AL. Cert officer johnson FNU et. AL. maintence superviser. Georgia Dept. of corrections et. AL.

et. AL. administrations security warden C. Neel c/o peterson capt. parrish FNU Capt. M. Brown AW. Brown FNU SGt. prescot + SGt. S. knight Colonol Fnu et. AL. classification officers martha johnson smith FNU Counsler mercer FNU SGt. thomas FNU Apalachee correctional Institution 35 ApaLachee Drive Sneads FL. 32460. et. AL: maintence superviser

W. millette warden c/o robertson FNU et. AL. SGt. J. more c/o pope Jones SGt Richardson Lt. Hodge SGt. Rathbun FNU Lt. stokes FNU c/o Shelo FNU SGt. Rehkopf njes u SGt. Remiger FNU Lt. Harris FNU et. AL warden A. Johns administration security operations et. AL. Classifications office rs mercato A.A. Ebly J. S.I. Haigh william FNU Thomson FNU et. AL. maintence superviser - Suwannee corr. Inst. 5964 U.S. Highway 90 Live OAK FL. 32060 - 8694 SGt. S. nunley major oaks FNU et. AL. maintence superviser
et. AL. warden administrations security capt. Karr. FNU capt. Brown FNU. c/o Back FNU c/o motorola FNU et. AL. classifi cation officers D.A. DIx S.N. Shelly Dean FNU pittman FNU
Santa Rosa CI
   5851 E. Milton Rd.
   milton FL, 32583
   caption case
      defendant (S)

RE:                                    Directions of the clerk
Direct Order- To the U.S. District Court of Valdo
sta Ga, DIVISION magistrate Judge Chief
                    Directions of the clerk

Re-opening all pending 42. U.S.C. 1983 civil-sut
prevail under a claim, File 2006-till 2015, deprivation
occured under color of state law, see Livadas v. Bradshaw,
512 U.S US 107 132 1145 Ct. 2068, 2063 129L Ed 2d 93 (1994)
                    Objection "Subjective see Farmer v. Brennan, 511
U.S. 825 (1994)            | Florida Rule of Appellate procedure 9.420

## Amended NOTICE OF APPEAL

comes now prose latin, Keith Henderson25    , By law and for with
Jurisdictions of the U.S. District court of Valdosta Division
in valdosta Georgia. I Hereby notify that I, Keith Henderson25
Is Incarcerated in the FDC and any document s) or if court date
is ordered Granted to the above capital case. or settlements reach
under the Fourteenth amendments rights, on award due process law
on punitive damages For emotional Injuries, discussion of Law,
See Davis. v. jackson, 192, '76, 1983) Granted by the supreme court
Plaintiff case on notice of Amended appeal, maybe rewarded just
ee on the pending cases, want of prosecutions, since 2006) U.S. DI
strict court order Holding back on desegregations U.S. District
court Albany Division Judges W. Louis Sands et. AL. U.S. Distr
ict court Judges. discussion OF Law
injustice cruel and unsual punishments. see Murray v. U.S
Bureau of prison, 106 F.3d 48 Table) 1997 WL 346776.

## Notice of Appeal

whom entered the order (s) and date, February 11,2021
of Rendition of the order (s) sought to be reviewed see
Fla. R. App. P. 9, 02 (e) 0 (19) 186 (b) (4)
Appellee etc see Flo. R. App. 9. 110 (d) 9,180,(e)
9 180 (b) 4) and 9.420 (d)

    lower number See FLa. R. app. 9.300.

to prevail on a claim under 42. u.s.c. 1983 a plaintiff
must put Forth suffient (2009) U.S. Dist. LEXIS evidence
demonstrating that (1) defendant deprived him of a right secur
ed under the united states Consitution of federal law; and
(2) such deprivation occurred, under color of state Law
see Livadas v. Bradshaw, 512 U.S. 107 132 1145 Ct. 2068, 2
063 129L Ed 2d 93 (1994) adickes v. S.H. Kress y co, 398
US 144, 150 905 Ct 1598 1694 26LEd 2d 142 (1970) see Stephens
v. DeGiovanni. 862 F.3d 1298 1314 (11th cir, 2017.) see Salvato
v. Miley, 790, F. 3d 1286 1295 (11th cir. 2015.)

## discussion of Law

the Essence of a conspiracy "is an agreement to comit a un
Lawful act." 1annell v. united states 420 U.S. 770 717.96
s ct. 1284 1289 43 LEd 2d 616 (1975)

protection of prison under international law

customary international law prohibits secveral practices
such as slaverly state-sponsored murder and kidnappin
torture, arbitary detention systematic racial discrimin
ation and violation of generally accepted human right
s standard Re statement (third of Foreign Relations law
section 702 (1987) united states court have recognize
that some of these practices violate customary interna
tional Law, overruled in- Filortiga v. Pena- Irala, 630

F.2d 876(2d cir, 1980. #

THE COVENtion AGAINST TORTure and other cruel
Inhuman or Degrading Treatment or Punish, the Inte
rnational covenant on civil and POLITTcal Rights
and International Convention on the ELImination of
all Form of Racial Discrimination.

## Conclusion

Where Fore, It Is SO ORDERED "Grant" Amended n
otice of appeal into the U.S. District court of
Valdosta Division Ga. without this February 11th
day year 2021 "touch down" Bobcats that's who o
1234.        And without prejudice. Produce the Body
person (s) Trial-courtdate.           Respectfully
                                        Submitted;
                            /s/ Keith Henderson25
                               Petitioner Prose

Provided to Suwannee
Correctional Institution on

FEB 12 2021

for mailing, by KH25
Keith Henderson25

# CERTIFICATE OF SERVICE

Date Feb,12 2021
Friday

I' Hereby notify the Following person's By U.S, po
stal self-adressed mail letter envelope, this 12th
day of February, 2021.

Person (s) SeRVED:

Directions of the court
Magistrate Judge chief
U.S courthouse and post office
401 N, patterson Street Suite2v2
P.O. Box 68
Valdosta Georgia
                    3k6 01

Provided to Suwannee
Correctional Institution on

FEB 12 2021

for mailing, by KH25
Keith Hendersonzr

RE: Keith Hendersonzs
no, C-102124
Suwannee Corr., Inst,
5964 US Highway 90
Live oak FL.
              32060

Legal documents mail:

Amended notice of Appeal

    motions responses

motion to Proceed inForma pauprls pursuant to 28 u.s.c./ 1915