U.S. District court

For the State of Georgia

Valdosta Division

FILED

MAY 10 2021

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

For plaintiff                Case no. File _____

  Keith Henderson25              page 1 of 1

     V.                        original·copied

Joel arnold et. al 301 S monroe St. Ste 401

Tallahassee FL. 32301    case File 2006-2021) Date

   defendant  capital case

et. al. office of Henry mark sims

   Public Defender    clerk of court

Four teenth Judicial circuit et. al. wade owens Elisabet

h simpson  et. al. State attorney Lauren parish

marianna FL. defendant s  case File 2006-2015 18 21 Date

       capital case

In the court of the Fourteenth Judicial circuit

  in and For Jackson county Florida

    et. al. state attorney Lauren parish  C. patterson

                                          wade mercer

  capital case defendant  case File 2006-2019

et. al. probation /parole et. al. sharon jerigan

et. al. Kellie smith superviser

     marianna FL. 32446

     2863 Green street

     capital case defendant s  case no. File 2006-2021 Date

Early county Sheriff Office

  P.O. Box 939

Blakely Ga. 39823 et. al. william price Donald Bryant

nt Timonthy Hardrick randall meeks.

  capital case defendants  2006-2021 Date

Jackson county correctional Facility

  2737 Penn Ave.

marianna FL. 32447 et. al. administration security Lt

Jeter FWU  SGt C. moore Head

  capital case defendant  2006-2021 Date

page 2 of 2

Valdosta state prison et.AL. admistration security
warden marty allen   et.AL. cert officer wright FNU
et.AL maintence superviser FNU
   Valdosta Ga.
        defendant   capital case   case File 2006-2021 Date

Hay state prison et.AL. adminst. security warden Taylor
FNU et.AL cert officers FNU et.AL maintence Superviser
FNU  summerville Ga
   defendant capital case  case File 2006-2021 Date

wheeler state prison et.AL. admin.security warden Wil
on Hall et.AL. cert officers FNU et.AL. maintenee supervi
ser FNU
     olmos Ga.
     capital case  case no. File 2006-2021 Date

Georgia state prison et.AL. admin. security warden FNU
et.AL. Cert officers FNU et.AL. maintenee superviser FNU
     Reedsville Ga.
      capital case  case no. File 2006-2021 Date

Baldwin state prison et.AL. adminst, security warden shella aube
milledgeville Ga.      et.AL. cert officers FNU et.AL maintence
                                                   superviser FNU
   In the District court of appeal
    First District of Florida
     Tallahasse FL. et.AL. ashley moody cKristina samuel
  s clerk of court
      capital case  case no. File 2006-2021 Date

et.AL. N. Bailey Dothan police Dept.
        Dothan ala.
      capital case  case no. File  2006-2021 Date

page 3 of 3

US. District court of pensacola Division
et. AL. Judges Elisabeth M. Timothy et. AL.
Clerk of court defendant case File-2006-2021 Date
capital case

US. District albany Ga. et. AL. W. Louis sands
et. AL Clerk of court
capital case defendant case File 2006-2021 Date

US. District atlanta 11th circuit court of appeals
Judges et. AL Marvin arrington sr et. AL clerk of court
capital case defendants case no. File 2006-2021 Date

US. District court Boston MA. et. AL. Judges FNU et. AL.
Clerk of court
capital case defendants case no. File 2006-2021 Date

US. District court Bangor maine Div. et. AL. Judges FNU
clerk of court
Capital case defendant case no. File 2006-2021 Date

et. AL Louis Roberts Jackson county police Dept.
marianna FL. 32446
defendants capital case case File. 2006-2021 Date

US. District court portland maine Div. et. AL. Judges
FNU et. AL clerk of court.
defendant capital case case no. File 2006-2021 Date

US. District Court Valdosta Ga. Div. et. AL. clerk of court
defendant Capital case case no. File 2006-2021 Date.

US. District Court St. Louis Div. et. AL. Judges FNU
clerk of court
defendant capital case case no. File 2006-2021 Date

Early county superior court et. AL. Judges FNU
et. AL. Clerk of court
1. courthouse square
Blakely Ga. 39823 et. AL. clerk Ronnie J. Lane
defendant Capital case case no. File 2006-2021 Date
US. District court San Francisco Div. et. AL. Judges et. AL. clerk of court defendant capital case

page 4 of 4

U.S. District court panama city et. al. C. Patterson et. al. Judges FNU Clerk of court
   defendant s Capital case
   _____ case File 2006-2021

U.S. District court Fort Myers FL. et. al. Judges FNU Clerk of court
   defendant s capital case
   case File 2006-2021 Date
   _____

U.S. District court Macon Ga. Division et. al Judges FNU et. al Clerk of court
   defendant s capital case
   case File 2006-2021 date

U.S. District Court Brunswick Ga Div. et. al. Judges et. al. Clerk of court
   case File 2006-2021 date
   capital case defendant s
   _____

U.S. District court Boise ID. Division et. al. Judges FNU et. al. Clerk of court
   case File 2006-2021 date
   capital case defendant s
   _____

U.S. District court N.C. Division et. al. Judges FNU et. al. Clerk of court.
   case File-2006- 2021 date
   capital case defendants
   _____

U.S. District S.C. Division et. al. Judges FNU et. al. Clerk of court
   case File 2006- 2021 Date
   Capital case defendants

Page 5 of 5

U.S. District Court Minnesota Division et. AL. Judges FNU et. AL. Clerk of Court. Judge Ann D. Montgomery
Case no. File 2006-2021 Date
Capital Case
Defendants

---

Baldwin County Superior Court of Milledgeville Ga. et. AL. Judges FNU et. AL Clerk of Court
Case no. File 2006-2021 Date
Capital Case

---

William County Superior Court et. AL. Judges FNU Marion iL. 62959, et. AL Clerk of Court
Case no. File 2006-2021 Date

---

ACI-East Unit
Apalachee Correctional Institutional
32 Apalachee Drive
Sneads FL. 32460 et. AL. warder M. Brown capt. parish FNU capt. M. Brown, colonel Harris FNU officer Dr. Mercer SGt. prescott FNU SGt. thomas FNU officer thomas FNU C. Neel admist. security et. AL. maintence supervisor FNU et. AL correctional officers counsler Martha Johnson A. Smith FNU mercer FNU SGt. S. Knight
defendants capital case caseno. File 2006-2021

---

Santa Rosa Correctional Institutional
5851 E. Milton Rd.
Milton FL. 32583
et. AL. Warder J. Adam administration security capt. Kerr FNU capt. Brown FNU officer motorola FNU officer Baek FNU major oak FNU et. AL. Classification officers S. H Shelly Dean FNU D. A. Dix pittman FNU
et. AL. maintence supervisor FNU
defendant s capitol case case no. File 2006-2021

Dept. of Treasury
Internal Renue Service
Austin Tx, 73301-0003 et. al. supervisor FNU
   Capital case defendant Case no. File 2006-2021
                                             Date

US. Dept. of treasury Bureau of the Finaneial service
   P.O. Box 51320
Dhiladelphia pA. 19156-6320 et. al. supervicer Held Liability
Corp. defendant Capital case 2006-2021 Kase File Date

US. District Boise ID et. al. Judges FNU Clerk of court
Suwannee correctional Institution
defendants capital Case   2006-2021 Date
 Suwannee Correctional Institution Dustin williams
   5964 US. HIGHWAY 90  officer K. Williams c/o
   Live oak FL. 32060-8694 et. al. Wr Sheppard supervisor
  et. al. warden lane FNU adminstration security L&StokesFNU
U Lt. Harris FNU Lt. Hodge FNU Lt. Lopez FNU officer M. Herck
  SGt. J. more A. Johns officer pope jones SGt. Reminger FNU SGt.
  Rathbun FNU SGt D. Rachel capt. T.M. Wayatt SGt. Rehkop R.
  C. SGt. Carter FNU officer Daniel G. SGt Duek wilder FNU
  c/o EASH FNU officer shelbo FNU officer L. Strictland
  W. millette et. al. classification officers Tomlihson C, S.I.
  Haigh mercalo A.A. william FNU et. al. maintence supervise
  r FNU  defendants Capital case Case no. File 2006-2021 Date

et. al. Johnson state prison warden Jose morales administrat
ion security L. Butt et. al. Cert officers Timmy FNU et. al.
maintence supervisor FNU
   wrightsville Georgia
        , defendants capital-case Case no. File-2006-2021 Date

Florida State Hospital et. al. administ. sean chambl
in et. al. Security L. Long Chattahooce FL. defendants

Suwannee corr Inst.
5964 U.S. HWY. 90
Live OAK FL.          et.AL W.Sheppard superviser
        32060-8694   OFFicer K. Williams
et.AL. Warden lane Fnu adminstration security Lt.Stokes
Fnu Lt. Hodge Fnu Lt. J.more Lt.Lopez Fnu USGt.Vathel
D. SGt. R.C. RehKop SGt. Carter Fnu officer C.Daniel
Capt. T.M Wayatt SGt.reminger Fnu officer pope Jones
SGt. Rathbun Fnu SGt. DuckWilder Fnu C/o Ensh
officer L.strickland et.al. classification officers C.
Tomlinson w.millette A. Johns Lt.Harris Fnu mercado
A.A. officer m.Henck et.al. maintence superviser Fnu
Capital case defendant s case FIle 2006-2021 Date
                                    Re-opening pen

ding 42.U.s.e.1983 Civil-suit. File date 2006-2021
Direct RE-ORDERED-To the U.S. District court of Vald
osta Ga. Division. Directions of the clerk of court
                For the clerk of court
your- MAGistrate Judge Div. chief
            open court
               2 5
            [Caption]

## AMENDED-Notice of Appeal

I' Hereby-
comes how prose. Latin Keith Henderson 25, is incarcera
ted in the Florida Dept. of corr. Suwannee CI. any docum
ents or IF court Date is ordered Granted to the above Capt
Ital case, or settlement. reach under the Fourteenth amend
ment rights, on award due process law. on punitive damages
For emotional Injuries, see Davis v. jackson, 107.176 1983
Granted by the supreme court. Plaintiff case on notice
oF Appeal amended. may be rewarded justice on the
case for want of prosecution, since File 2006) on Hol
Albany Div. ding Back order by desegregutions. US. District court
Judge Louis sands et.AL. on Injustice cruel and unsy

page 7 of 7

## argument of the Law

aL punishments. In murray v. US. Bureau of prison
106, F.3d 48 Table ) (1997) (1997 WL 346776

## Amended notice of appeal

whom entered the order (s) and date April 27. 2021
of rendition of the order (s) sought to be reviewed see
Fla. R. App. P. 9 02 0(e) or (9) 180 (b) (4)
Appellee etc. see FLo. Rapp. 9 110 (d) 9.130 (c) 9
180 (b) 4) and 9. 420 (d)

lower number see Fla. R. app. 9.300.


## 42. USC title Law

to prevail on a claim under 42. U.S.C. [ 1983 a plaintiff
must put forth sufficient (2019) U.S. Dist. LEXIS ) eviden
ce demonstrating that (i) a defendant deprived him of a
right secured under the United states Constitution or fede
ral Laws see Livados deprivation occurred under color
of State law. v. Bradshaw. 512 US 107, 132 114S Ct 2068
2063 129L Ed 2 d 9 C 1994) adickes V, S H. Kress § co
398 Us. 144, 150. 90S 1598 1694 26 LEd 2d 142 (1970)
Stephens v. DeGlovanni , 862. F. 3d 1298 1314 (11th
clr. 1970) See Schreto v. miley 7.90 .F.3b 1286 1295
(11th Clr. 2016.)


the essence of a conspiracy " is an agreement to comit
an unlawful act." see Lamell v. United states , 420 US
770. 777 )96S Ct. 1284 1289 431 Ed 2d 616 (1975)
conspiracy requires at lease two parties see Lantee.
Inc. Novell Inc. 356 F.3d 1603 1629 (10thern 2002)
United states v. Gelbe 369 R3d 682 692 C2dein20
09 ) United states v. Gelbe, 369 R3d 682 692 C2dein
2004.) nothing that a conspiracy requires at lease
two parties to act in concert.

## Closing arguments of the Law

commitment name - outweight the prisoner inerest musing her Legal name see Babcock v. Clark no. cv 07 - 5093 - FVS - 2009) WL 911 e CE D, Wash. march 31, 2009

## Freedom From Racial Discriminations

Racial discrimination and segregation by prison author ities are unconstitutional under the equal protection clause the Fourteenth Amendment. see washington v. Lee, 263, F. supp. 327 (M.D.) ala 1966)

Liberty Interest. such a claim see Freitas v. Ault 109. F.3d 1335 (8th cir. 1997.)

## SECTION - E

protection of prisoner under International law customary International law prohibits several pr actices. such as slavery state - sponsered murders and kidnapplngs torture, arbitrary detention systematic racial discrimination and violation of generally accept ed human rights standards, Restatement ( Third of Foreign Relations law Scetion 702 (1987) united sta tes court have recognized that some of these practice violate customary International Law.

Over ruled in Ellartiga v. Pena - Irala, 630 F 2d 876 (2d cir. 1980)

THE CONVENTION AGAINST Torture and other cruel In human or Degrading treatment or punishment the International coverant on civil and political rights and International convention on the Elimination of all Form of racial discrimination

SO ORDERED and Reccommended this 27 day of April, 2021

Sworn to ( or affirmed ) and Subscribed before me
Executed this day 3 of May 2021

your majesty

United magistrate JUDGE Chief Div.

(NOTARY SEAL)

Ernest Sodrel, Jr.
Notary Public
State of Florida
Comm# HH055638
Expires 10/21/2024

Ernest Sodrel
name notary typed printed or stamp

notary signature

S) Henderson, keith
Keith Henderson25

signature of plaintiff

For the State of Georgia

Valdosta Division

For Plaintiff
Keith Henderson25 case File no.
no. C-102124
V.                              page 1 of 1
                                original copied
Joel Arnold et. al. 301 s. Monroe St. Ste 401
Tallahassee FL, 32301
    defendant s capital case  case no. File 2006-2021
                                            Date

et. al. office of Henry mark sims
 Public Defender
Fourteenth Judicial circuit et. al wade owens, Elisabeth
simpson
Marianna Fl. defendant capital case  case no. File 2006-20
21.  et. al Clerk of court                    Date

in the court of the Fourteenth judicial circuit
In and For Jackson county Florida
et. al. state attorney Lauren parish, wade mercer
et. al. Clerk of court
    defendant capital case case File no. 2006-2021 Date

In the District court of appeal
 First District of Florida
 Tallahassee FL. 32301 et. al. Ashley moody Krist
ina samuels clerk of court                  Date
    defendant capital case  case File no. 2006-2021
                                        Re-opening
42. U.S.C. 1983 civil-suit File date 2006-2021
Direct RE-Ordered to the US. District Court of Vald
osta Division. Directions of the clerk of court
        For the clerk of court
        Your MAGistrate JuDGE chief Division

Page 2 of 2

Open-Court
25
[caption]

Plaintiff (and plea has filed) objections under title 28 United States code Section 636 (b) (1) doc. 158 which I have reviewed denovo. After close review. I have determined the Report should be adopted in part, as follows

Pursuant to 28, u.s.c. 636 b) 1) the parties may be serve and File written objections to this Reccommendation or seek an extension of time to File objection within fourteen (14) days after being served with a copy thereof. the district Judge Shall make a de (2018) u.s. District LEXIS) 22 have determination of those portions of the Recommendation may be reviewed For Clear Error,

The parties are hereby notified that pursuant to Eleventh Circuit Rule 3-1 (a) party Failing to object to any magistrate Judge Findings or reccommendation contained in a report and reccommendation in accordance with the provision of 28 u.s.c. 636 (b) 1) waive the right to challenge on a ppeal the district courts order based on unobjected - to Factual and legal Conclusion. If the party was informed of the time period For objected and the consequences on appeal For Failing to object. In the obscene of a proper objection however the court may review on appeal. For plain Error. If necessary in the intrest of Justice.

SO ORDERED and Reccommended this 3 day of May, 2021.

United states Magistrate JUDGE

Sworn to ( or affirmed ) and subscribed before me.
Executed this day 3 of May 2021

(NOTARY SEAL)

Ernest Sodral, Jr.
Notary Public
State of Florida
Comm# HH055628
Expires 10/21/2024

Ernest Sodral
name notary typed printed or stamp

notary signature

Henderson. Keith

S) Keith Henderson
Signature of plaintiff

U.S. District Court

For the state of Georgia
Valdosta Division

For plaintiff
Keith Henderson25
no. C-102124                    case no. File _____
        V.
Joel arnold et.al.              page 1 of 1
301 S. Monroe St. Ste. 401      original copied
Tallahassee FL.
            32301
    Capital case defendants case no. File 2006-2021

                    | Re-opening pending 42. U.S.C 1983
                    |— civil-suit File date 2006-2021
Direct RE-ordered- to the US. District court of Val
dosta Ga. Division. Directions of the clerk of court
    Your- MaGistrate JUDGE DIVISION chief
            open-court
                25
            [caption]

Motion For REHEARING- by Florida rule of Appe
llate procedure 9.330.

Comes now prose. latin* Keith Henderson25 by hims
elf Forentry and Jurisdictions of the U.S. District
Court of Valdosta Ga. on above d style- parties
et.al. Joel arnold. on want For prosecution. and
unlawfully made 20 u.r.c. capital case capital
Laws punishments. on Granted motion For rehearing
by Florida Rule of appellate procedure 9.330. the co
urt strongly discouyaage the parties of routinely Fil
ing such motion. see whipple v. state 431. 80.2d
1011 CFla. 2d DCA 1983.) rule 9.330 Ca) requires that
a motion For rehearing set Forth. the Law or Fact
that in the opinion of the movant. the court has ov
erlooked or misapprehended in its decision and shal

page 2 of 2
conclusion
closing arguments of the Law

ll not present issues not previously raised in the procee
ding where there has been an award of attorney's fees on
appeal in connection with the decision on the merits,
additional fees may be awarded upon a denial of a
motion for rehearing. Counsel should be familiar
with Gainsville Coca-Cola v. Young, 632 So.2d. 83 Fla.
1st DCA 1983.) and Lawyers title Insurance Corp. v.
Beitzas, 631 So.2d 110 (Fla. 4th DCA 1994.) Any resp
onse to a motion for rehearing must be served within
10 days service of the motion.
SO ORDERED And reecommended this 23 day of April 2021
sworn to (or affirmed) and subscribed be fore me.
Executed this _3_ day of May 2021

your majesty

_____
United state magistrate Judge Chief
Ernst Sodrel

notary name typed printed or stamped

notary signature
5) Keith Henderson25

signature of plaintiff

(NOTARY SEAL)

Ernest Sodrel, Jr.
Notary Public
State of Florida
Comm# HH055638
Expires 10/21/2024

FLORIDA NOTARY ASSOCIATION SINCE 1976

U.S. Dis Court
For the State of Georgia
Valdosta Division

For plaintiff
Keith Henderson₂₅
no. C-102124                    case no. file _____
         V.

Joel Arnold et. AL.            page 1 OF 1 page
301 S. Monroe St. Ste.         original copied
    401
Tallahassee FL.
          32301
Capital case defendants  case File no. 2006-2021
                              — RE-opening pending
                   42. U.S.C. 1983 civil-suit file 2006-2021

Direct- Re-ordered-to the US. District Court @ V
aldosta Ga. Division. Directions of the Clerk of Cour
t. For the clerk of court
              Open-Court
                25
             [caption]

        Supplemental- Authority

a copy of a newly discovered authority should be att
ached to the notice. while the notice should designate
clearly the issue to which the supplemental authorit
y is pertinent. no. arguement or comment on the aut
hority is pertinent. An authority will be accepted
  see Fla. R. app. P.9 9.225 counster should be Fami
liar with ogden Allied service v. Panesson Tobacco
Corp, etc. v. David young 690 so. 2d 1377 (Fla. 1st D
cA) (1997.)


So Ordered and Reccommended this 28 day
of April, 2021


sworn to (or affirmed) and subscribed before me.
Executed this day 3 of May 2021

Page 2 of 2

your majesty

united magistrate Judge chief DIVIsion

(Notary SEAL)

Ernest Sodrel

name notary Typed printed stamped

*Notary signature*

Ernest Sodrel, Jr.
Notary Public
State of Florida
Comm# HH055638
Expires 10/21/2024

Henderson Keith
SI Keith Hendersons

Signature of plantiff

For State of Georgia
Valdosta Division

For plaintiff
Keith Henderson25
no. C-102124          case no. File _____
      V.                      page 1 of 1
Joel arnold et.al.          orignal copied
301 s. monroe st. ste 401
Tallahassee FL.
        32301
Capital case defendants case no. File 2006-2021
                    _____ Re-opening pending
42. U.S.C 1983 Qvil-suit File date 2006-2021)
Direct RE-ordered - To the U.S. District court of V
aldosta Ga. Division Directions of the Clerk of court
            For the clerk of court
        your- Magistrate Judge Division
              Open-court
                  25
            [caption]

Motion Pre-Answer Response  Re-opening pending
42. U.S.C. 1983 Civil-suit File date 2006-2021
Any response to a motion including responses to moti
on For rehearing shall Be promptly served ie, withi
n 15. days of service of the motion or such other ti
me as maybe specifically set by the court. Court
no. reply to a response will be considered unless spe
cifically authorized by the court. see FLa. R. app
P. 9 300 (a)


Sworn to (or affirmed) and subscribed before m
e.
    Executed this day of 3 may 2021

                    _____
                    united states magistrated Judge

( Notary SEAL )



Ernest Sodrel, Jr.
Notary Public
State of Florida
Comm# HH055638
Expires 10/21/2024

Ernest Sodrel

notary name typed printed or stamped

notary signature

Henderson, Keith
S/ Keith Henderson25

signature of person s)

U.S. DISTRICT COURT

For the state of Georgia

valdosta Division

page 1 of 1
For Plaintiff                      original-copied
  Keith Hendersonzs   caseno. File _____
        v.
Joel arnold et. al Wade owens
 301 S. Monroe st. ste 401 et. al Clerk of Court RNU
Tallahassee FL. 32301
   defendant s capital case case File 2006-2021 Date

_____

et. al Office of Henry mark sims
 Public Defender Clerk of court
Fourteenth Judicial circuit et. n L-wade owens Elisabeth St
marianna FL 32446 mspon state attorney Lacrrenparish
              wade mercer  C. patterson
   defendant s capital-case caseno. File-2006-2021 Date

_____

et. al probation/parole et. al sharon jerigan et. al Kelfie
smith
  marianna FL. 32446
   2863 Green street
   marianna FL. 32446
   defendant capital case  caseno. File-2006-2021 Date

_____

Early county Sheriff Dept.
P.O. Box 939
Blakely Ga. 39823 et. al. william c. price. Donald Bryant
 Randall Meeks. Timonthy Hardricks

_____

Re-opening pending 42. U.S.C. 1983 civil-suit Filed date
2006-2021) Date   Direct-re-ordered to the US. Dist
rict court of valdosta Division. Directions of the Cle
rk of court. For the Clerk of court
       Your- MAGISTrate JUDGE Chief Division
            open-court

25
[caption]

Motion to show cause - File the brief within 10-days of the court show cause order. Creel v affortable Homes of pensacola Inc' 443, So 2d 1080 1984) LEXIS 11379 (Fla, 1st DCA A 1994)

Come now prose latin' Kelth Hendersonzs by himself on the above styple departies et. al. Joel arnold defendants - on capital case capital laws of punishmets the unlawfully made 20 U.R.C. I Hereby notify that I: Kelth Hendersonzs, is inearcerated in the FDC) and any documents orif court date is ordered Granted to the aboved capital case on re-opening pending 42. USC 1983 civil-suit file date 2006-2021) Valdosta US District court of Va (dosta Ga Division. or settlement reach under the Fourteenth amendment rights. on award due process law. on punitive damage for emotional injuries, See Davis v. Jackson (197 176, 1983) Granted by the supreme court Plaintiff case on Amended notice of appeal, may be rewarded justice on the case. For want of prosecution. Since File 2006)2021) Dates on Holding Back order by degregation US-District courts, across the USA the nation of Amercian et. al. Judges Louis sands Albany Division us District court. by injustice cruel and unsuals punishmets. In Murray v; us. Bureau of prison 106 F3d 48 Table) 1997) 1997 WL 346776) motion to show cause - File the brief within 10-days of the court show sause order Creel v. affordable Homes of pensacola Inc. 443 50.2d 1080 1994) LEXIS 1137 (Fla 1st DCA A 1994)

Ground - one Back Ground Procedural History
Direct toward me Kelth Hendersonzs race Black I was given and illegal-sentence by Jackson county

Ground two-    Allege Allegations statement of Fact complaint

Fourteenth Judicial circuit court, of Marianna Florida by et. al. wade mercer Judge state attorney Lauren parish public defender wade owens probation parole officers kellie smith sharon Jergan for VOP Hearing 9-12-19) I was misrepresented by and Lawyer wade owens, and given way more time double- Jeapardy outside of the Guideline procedures wade mercer JUDGE and point system on and Low-modern risk charge. none violence that only carry up to 21-days in jail For First violations charges of absconding change of residence. I was denied on my appeal file a motion to correct illegal sentence pursuant to Fla. R. Crim P. 3. 800(b)2) on case file in the First District court of Tallahassee et. al. Judges Hon. Ashley moody Failure to hear my motion. and give me a correct sentence of my scoring time for the illegal sentence on notice of appeal case no. 1D19-3118 By Joel arnold public defender on inconspiracy and Failure to represent me in a fair. notice of appeal and as a public-defender that was assigned to my case docket on the VOP-Hearing 1:40pm Hearing started case no. 16-133CF et. al. Marianna FL police Dept. sherf PP Louis Roberts on Injustice and racial Discriminating and the First District court of Tallahassee never would respond to any of my motions File for illegal sentencing Given by Judge wade mercer.
while Incarcerated In the Georgia Dept. of corrections at the Following prisoners I was attacked by physical Injury. Direct toward me Keith Hendersones by Johnson state prison Hay state prison Baldwin state prison Georgia state prison valdosta state prison Whiteler state prison et. al. administrations security warden et. al. cert officers Timmy RNU et. al. mahturee supervisors on Arbrtary detentions cells and Inmate

page 3 oF 3

Ground 3,    Allege allegations statement oF Facts complaint

man Living conditions by torturing. and attempted
to murder. or have harm or stabbed. and rope by
deprivations oF personal property Hygienes and store
Items. I was denied the rights to File a 42. USC
1983 civil-actions In the US. District Courts et. AL.
List Judges as defendants on this Law suit.
I was given a court date nor and applyzed    not
to me For denied And Hold back orders on US
District court Dates that was due by process
Laws and corruptions. and with Fair equel Libert
y rights secured by the 14 amendments rights.
Plaintiff is under danger and attacked by Lisa Flord
a Dept oF corrections   suwannee CI et. aL. admistrat
Security warden Lane ed. aL. mainteree supervisor FNU
on attempted to murder or have stabbed by and
inmate or harm cause by SGt. Carter  and oFFicer
K. williams on attacked by physical Injuries.
while Housed In arbitary detentions cells. special weld
by mainteree supervisor. with 3 pad locks  a Box weild
on close management (CM 2 ) House with violence
inmates. Plaintiff is or In prison For absconding chang
e of residence. since I' Been at suwannee CI, I received
the death. threats from et. aL. administration security Lt. St
okes FNU et. aL. classiffication oFFicers C. Tomblinson
I was transfored From santa Rosa CI in march oF 2020 I was
assigned to M2 unit at santa Rosa CI) while In the dayroom
T.V. Location oF M. 2) the control room white female
came In the day room. and pointed me out. I was then pl
ace In Handcuff behind my back. escorted to the bathr
om audio footage oF each camera. c/o motorola FNU c/o Be
ck FNU white female oFFicers told me to stand against
the wall. and iF any one In the Bathroom. that didnt want
get their ass beaten and sprayed. better hall ass  I was
still standing when oFFicer Back FNU told the white
female to Grab his can oF  pepper-spray. and spray

Page 4 of 4

## Allege Allegations Statement of Fact Complaint

**Ground 4**

y me. In which she pepper sprad me close to the Face area. and pulled down my pants area and sprad my Dick area. I was Then place in Leg-Iron. shackle real tight. and hands raised up High behind my back. while each white officers racist Homosexuals escorted me to the Segregations unit. no camera or audio video was on me. until captain Brown stated Black Female put the camera on him in Front of L-unit of santa rosa. I was denied medical Healthcare. and suffered lost of sight Blindness and pepper spray Burns rash to the face area. and the lower part area of my Dick. I was transfer to ACI on medical transfer while house at ACI-EAst unit. I was place on strip cell For two wks by officer peterson Black racist Officer by nurse (Aefner RN) I lost all of my personal property Hygienes store items. and was threated by sgt S. Knight sgt. thomas and place on strip cell no mattress clothes or running water. the window of Q-1 unit. 1111 cell the back window was painted so you couldn't see out of. and a Box on the cell weld by maintence supervisers FNU at ACI-EAst unit. two additional pad-locks. and a chain that clip on the food flap. arbitary detentions cells. I was then place on strip by the colonel when they place me in the wrong cell put and inmate in the cell with me. that didn't belongs. so I could get stebbed or killed at ACI EAst unit (Q2-106T)

## End of allege allegations statements of Facts complaint  this 31 day of ~~April~~. 2021

_Keith Henderson 25_

## Arguments of the law decussion

## arguments of the Law discussion

action violated the Eighth Amendment because they co
nstituted severe sexual abuse of a prisoner. [2] the dis
trict court award of summary judgment to the officer on
the inmate's excessive-force claim arising out of the pep
per spraying and take down was reversed because pepper
-spraying and slamming a person to the ground with out
penological Justification certainly offended common standa
rd of decency.

nor does it comport with contemporary standards of decency
Congress itself implicitly recognized as much in 2003 when
it amended the prison Litigation Act (PLRA) to allow
prisoners to recover damages for mental or emotional inj
uries suffered while in custody, without a prior showing
of physical injury when the prisoner can demonstrate the com
mission of a sexual act as the basis for the damages he
seeks 42 U.S.C, S + (1997 e) e)

the essence of a conspiracy' is an agreement to comit
an unlawful act." See Lannell v. United states 420 U.S. 710
777 965 Ct. 1284 1289 43L Ed 2d 616 (1975.)
conspiracy requires at lease two parties Lantee Inc
novell Inc 306 F. 3d 1063 1029 (10th cir, 2002) United
states v. Gelbe 369 F. 3d 682 692 (2d cir. 2004.) nothing
that a conspiracy requires at lease two parties to act in
concert.]

## SECTION E

protection of prisoner under International Law

customary International Law prohibits several practic
es such as slaverly state-sponsored murders and kid
nappings torture, arbitary detention systematic racial
discrimination and violation of generally accepted hum
an rights standard. Restatement (Third of Foreigh

Page 6 of 6

## conclusion
## Closing Arguments of the Law

Relations law Section 702 (1987)
United States - Court have recognized that some of th
ose practices violate customary International Law
over ruled In- Ellartiga v. Pena-Irala, 630 F.2d 876
(2d cir. 1980.)

THE Coonvention AGAInst Torture and other cruel
Inhuman or Degrading treatment or punishmet the
International coverant on civil and political rights
and international covention on the Elimination of all
Forms of racial Discrimination.

in records Quicky and easily Identify prisoners
and communicate effeciently with other agencies that
use the commitment name- outweight the prisoners Int
rest In using her Legal name. See Babcock v. Clark, no.cu
07-5093-FVS-2009)

## Freedom From Racial Discriminations
Racial discrimination and segregation by prison authorit
ites are unconstitutional under the equal protection Cla
use the Fourteenth Amendment. See washington v.Lee
263, F.3 supp 327 (M.D.) ala. 1966)

___

SO ORDERED and Reecommended this **3** day
of May, 2021

sworn to (or affirmed) and subscribed before me.

Executed this day of **May** 2021
(3)

united states magistrate JUDGE

page 7 of 7



Emest Sodrel, Jr.
Notary Public
State of Florida
Comm# HH055638
Expires 10/21/2024

( NOTARY SEAL )

Emest Sodrel
_____
notary name typed printed or stamped

_____
notary signature

Hendersonukeith
s1 Keith Henderson25
_____
signature of person(s)

## CERTIFICATE OF Service

April 28, 2021
Date

I hereby Certify and notify, the Following person s)
by U.S. postal-service mail, self-address stamp
envelope this 28 day of April, 2021

Person (S) SERVED:        Directions of the clerk
                          For the clerk of court

RETURN-ADDRESS;          Your-Magistrate Judge
THE-man                  open court
Keith Henderson23              25
no. C-102124             U.S. Courthouse and post office
Suwannee Corr. Inst,     401 N. patterson St. Suite 212
5964 US. HWY. 90              P.O. Box 68
Live Oak FL.             Valdosta Ga. 31601
     32060-8694

Legal mail-out
Motion For rehearing/ Ojection motion   Amended

notice of appeal / supplemental authority

motion to Show cause
motion For Pre-Answer Response- 6-motions

1-2-3-4- Bobcats that's whooh-
   Go-Bobcats EArly county

        the man
Just an OUTLAW ~~3times a Lady~~ Leg-spreader
                  25

T/m mrs. Bonny os olser 25
        Lieut. mrs. OUTLAW
        nurse Wynn
First Lady of the Double-RR
        LiFe of an outlaw